STATE of Missouri, Respondent,

v.

**Paul M. WILLIAMS, Appellant.**

**Paul M. WILLIAMS, Appellant,**

v.

**STATE of Missouri, Respondent.**

Nos. 62441, 64232.

Missouri Court of Appeals,
Eastern District,
Division One.

June 21, 1994.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 4, 1994.

John A. Klosterman, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Mary Moulton Bryan, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

**ORDER**

PER CURIAM.

Defendant appeals after a jury convicted him of unlawful possession of a concealable

firearm and the motion court subsequently denied his motion for postconviction relief. We find the findings of fact issued by the motion court are not clearly erroneous and no error of law appears. Rule 84.16(b). Further, we find no jurisprudential purpose would be served by a written opinion and affirm by a written summary order. Rule 30.25(b). A memorandum setting forth the reasons for our decision has been issued to the parties for their use only.